IN THE U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
IN MIAMI

FILED BY ___ D.C.

JUL 27 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA - MIAMI

CRAIG BELKNAP,
   PLAINTIFF

V,

GOOGLE; FACEBOOK; TWITTER;
TUBE; AMAZON; NBC; CBS; ABC; CNN; PBS,
   DEFENDANTS

CASE NO,

LAWSUIT AND AMICUS BRIEF
(NOTICE OF INTENT TO FILE)

LAST WEEK, PRESIDENT DONALD TRUMP FILED A LAWSUIT IN YOUR FEDERAL COURT, SUING GOOGLE, FACEBOOK, TWITTER, YOUTUBE, ETC. [HE IS THE LEAD PLAINTIFF IN THIS CLASS ACTION LAWSUIT.] THIS DOCUMENT CONSTITUTES MY NOTICE OF INTENT TO FILE AN AMICUS BRIEF AND A PARALLEL LAWSUIT IN SUPPORT OF PRESIDENT TRUMP'S LAWSUIT.

INDEED, "BIG TECH" AND "BIG MEDIA, (AS PRESIDENT TRUMP OPINED), ARE THE TOOLS OF THE DEMOCRAT PARTY. THIS COERCION AND COLLUSION OFFENDS THE FIRST AMENDMENT, IN SO FAR AS RIVAL VOICES ARE CENSORED AND SILENCED,

(PAGE 1 OF 6)

THE DEMOCRAT PARTY TELLS BIG TECH AND BIG MEDIA WHAT TO DO, AND BIG TECH AND BIG MEDIA OBEY. [AND THE DEMOCRAT PARTY THREATENS TO PUNISH THEM IF THEY DO NOT OBEY.]

THIS EXTORTIONATE CONSPIRACY VIOLATES THE CONSTITUTION.

BUT THERE ARE OTHER SUBTLETIES INVOLVED, ALBEIT SELDOM NOTED. FOR INSTANCE, CHRISTIAN BAKERS HAVE BEEN SUCCESSFULLY SUED RECENTLY FOR REFUSING TO BAKE WEDDING CAKES FOR HOMO-SEXUAL WEDDINGS.

AND THE FEDERAL GOVERNMENT HAS SUED NUNS WHO REFUSED TO OFFER BIRTH CONTROL OR ABORTIONS FOR EMPLOYEES OF THOSE NUNS.

AND, FOR ALMOST SIXTY YEARS, PRIVATE BUSINESSES HAVE BEEN SUCCESSFULLY SUED BY PRIVATE CITIZENS AND BY THE STATE AND FEDERAL

[PAGE 2 of 6]

GOVERNMENTS FOR REFUSING TO RENT ROOMS OR SERVE FOOD TO MINORITIES. — OR FOR DENYING HOUSING OR OTHER GOODS AND SERVICES.

IN SHORT, PRIVATE BUSINESSES ARE INSTITUTIONS WHICH ARE NOT ALLOWED TO VIOLATE THE CIVIL RIGHTS OF CITIZENS, [—EVEN QUASI-PUBLIC / QUASI-PRIVATE PLATFORMS LIKE BIG TECH AND BIG MEDIA MUST ABIDE BY THE LAW.]

THEREFORE, PRESIDENT DONALD TRUMP, ALL OF HIS CO-PLAINTIFFS, AND ME, TOO, ARE PERMITTED TO FORCE BY LAW SECTION 230 COMPANIES LIKE ① GOOGLE, ② FACEBOOK, ③ TWITTER, ⑤ AMAZON, ④ YOUTUBE, AS WELL AS NBC, CBS, ABC, CNN, PBS TO DIS-CONTINUE VIOLATING OUR CIVIL RIGHTS.

I AM FILING THIS LAWSUIT AND THIS AMICUS BRIEF IN SUPPORT OF PRESIDENT TRUMP'S LAWSUIT.

I AM ALSO ADDING A VERY IMPORTANT POINT :

( PAGE 3 OF 6 )

IT IS TRUE THAT BIG TECH AND BIG MEDIA HAVE
BEEN FORCED BY CONGRESS TO DO WHAT CON—
GRESS IS CONSTITUTIONALLY PROHIBITED FROM
DOING.

But, ALSO, PRIVATE BUSINESSES ARE CONSTITU—
TIONALLY FORBIDDEN FROM VIOLATING THE CIVIL RIGHTS
OF CITIZENS.

AND IT IS ON THIS BASIS THAT I FILE THIS AMICUS
BRIEF AND MY SUPPLEMENTAL CIVIL RIGHTS LAWSUIT
IN THE U.S. DISTRICT COURT IN THE SOUTHERN DISTRICT
OF FLORIDA, IN MIAMI, FLORIDA. THIS DOCUMENT
CONSTITUTES MY NOTICE OF INTENT TO FILE SUIT AGAINST:
GOOGLE; FACEBOOK; TWITTER; YOUTUBE; AMAZON;
NBC; CBS; ABC; CNN; PBS, RESPECTFULLY SUBMITTED,
PLAINTIFF, PRO SE: CRAIG BELKNAP//DATE: TUES, 13 JULY, 2021

AFFIDAVIT OF SERVICE

PURSUANT TO TITLE 28 USC §1746, I SOLEMNLY SWEAR
( PAGE 4 OF 6 )

UNDER PENALTY OF PERJURY THAT I MAILED A COPY
OF THIS DOCUMENT ON FRI, 16 JULY, 2021, TO THE FOLLOWING PERSONS:

① U.S. DISTRICT COURT
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128

② PRESIDENT DONALD TRUMP
1100 SOUTH OCEAN BLVD
PALM BEACH, FLORIDA 33480

③ U.S. ATTORNEY
99 NE FOURTH ST.
MIAMI, FLORIDA 33132

PLAINTIFF, PRO SE: CRAIG BELKNAP / DATE: TUES, 13 JULY, 2021

ADDENDUM

THIS LAWSUIT AND AMICUS BRIEF THAT I AM FILING
IS NOT NARROWLY AND EXCLUSIVELY FOCUSSED ONLY
ON THE PRESIDENTIAL ELECTION. INDEED, THE DEMO-
CRATS (AND BIG TECH AND BIG MEDIA) STOLE THE
2020 ELECTION UP AND DOWN THE TICKET. IF ONLY
LEGAL VOTES WERE COUNTED, THERE WOULD BE 54
REPUBLICAN U.S. SENATORS AND 46 DEMOCRAT

( PAGE 5 OF 6 )

U.S. SENATORS; AND THERE WOULD BE 250 REPUBLICAN HOUSE MEMBERS AND 185 DEMOCRAT HOUSE MEMBERS.

AND PRESIDENT DONALD TRUMP WON 420 ELECTORAL COLLEGE VOTES, WHILE JOSEPH BIDEN WON 115 ELECTORAL COLLEGE VOTES. IF ONLY LEGAL VOTES ARE COUNTED.

NOTICE OF AN INTENT TO FILE AN AMICUS BRIEF AND A CIVIL RIGHTS LAWSUIT.
( PAGE 6 OF 6 )

POSTSCRIPT

(1) "BIG TECH" HAS PROTECTIONS PURSUANT TO "SECTION 230". IT IS EITHER A "PLATFORM" OR A "PUBLISHER." IF "BIG TECH" CENSORS CONTENT, IT IS A "PUBLISHER" AND THEREFORE MAY BE SUED. "BIG TECH" IS ACTING NOT AS A "PLATFORM," BUT AS A "PUBLISHER." THEREFORE "BIG TECH" MAY BE SUED. "BIG TECH" IS A UTILITY, AND SHALL NOT CENSOR. IF IT CENSORS, IT CAN BE SUED.

(2) "BIG TECH" WAS MADE POSSIBLE BY BILLIONS OF DOLLARS INVESTED BY U.S. TAXPAYERS. WITHOUT THE TAXES AND WITHOUT PUBLIC UNIVERSITIES "BIG TECH" WOULD NOT EXIST. THEREFORE, "BIG TECH" CAN BE COMPELLED BY LAW TO REFRAIN FROM CENSORING U.S. CITIZENS.



PORTLAND OR 972
23 JUL 2021  PM 2  L

CRAIG BELKNAP (503) 347-2786?
1212 SW CLAY ST
APT 518
PORTLAND, OR 97201-7924

U.S. DISTRICT COURT
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128

33128-771899

RECEIVED

USMS
INSPECTED

JUL 27 2021
1:27 PM